Matter of Koryl (2024 NY Slip Op 04703)

Matter of Koryl

2024 NY Slip Op 04703

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, MONTOUR, GREENWOOD, AND HANNAH, JJ. (Filed Sep. 25, 2024.)

&em;

[*1]MATTER OF ROBERT THEODORE KORYL, A DISBARRED ATTORNEY, RESPONDENT.

MEMORANDUM AND ORDER
Order entered striking name from roll of attorneys pursuant to Judiciary Law § 90 (4) (b).